IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN WATKINS ELLIOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:14CV887 |
| ) | 1:09CR231-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On November 17, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636. Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #21] is hereby adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside or Correct Sentence under § 2255 [Doc. #19] is GRANTED, that the Judgment [Doc. #17] is VACATED, the Indictment [Doc. #1] is DISMISSED, and Petitioner's supervised release is TERMINATED.

This the 4th day of December, 2015.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge